# Third District Court of Appeal
## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1501
Lower Tribunal Nos. F85-32540, 09-50922, F85-32539, F85-32541, F08-34057, F86-4671

_____

**Juan Francisco Vega,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Diana Vizcaino, Judge.

Juan Francisco Vega, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.